```
 1  McCARTHY, JOHNSON & MILLER
         LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2992
    Attorneys for Plaintiffs
 5
 6
 7
 8                UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE PIPE TRADES ) No. C 02-05276 RS
    DISTRICT COUNCIL NO. 36 HEALTH AND   )
12  WELFARE TRUST FUND; BOARD OF         ) NOTICE AND ORDER RE
    TRUSTEES OF THE PIPE TRADES DISTRICT ) DISMISSAL
13  COUNCIL NO. 36 PENSION TRUST FUND;   )
    BOARD OF TRUSTEES OF THE PIPE TRADES )
14  DISTRICT COUNCIL NO. 36 APPRENTICE   )
    TRAINING TRUST FUND; BOARD OF        )
15  TRUSTEES OF THE CENTRAL CALIFORNIA   )
    PIPE TRADES INDUSTRY LABOR-          )
16  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
17                                       )
              Plaintiffs,                )
18                                       )
         v.                              )
19                                       )
    SAWYER AND McCARTY CORPORATION, a    )
20  California corporation,              )
                                         )
21            Defendant.                 )
    _____)
22
23
24
25
26
27
28

    NOTICE AND ORDER RE DISMISSAL - Case No. C 02-05276 RS                Page 1
```

1  PLAINTIFFS HEREBY request that the above-entitled action be
2  dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil
3  Procedure.

4  Dated: August ____, 2005               McCARTHY, JOHNSON & MILLER
                                              LAW CORPORATION
5
6
                                         By:  _____/s/_____
7                                             LORI A. NORD
                                              Attorneys for Plaintiffs
8
9  SO ORDERED:
10
11 Dated: _August 26, 2005____            _/s/ Richard Seeborg_____
                                                    JUDGE
12                                        United States District Court

NOTICE AND ORDER RE DISMISSAL - Case No. C 02-05276 RS                    Page 2

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on August 25, 2005, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on August 25, 2005.


By: _____
        DIANE NAKAMURA


Sawyer and McCarty Corporation
P.O. Box 5308
Salinas, CA  93915

Bruce Lindsey, Esq.
Law office of Bruce Lindsey
P.O. Box 1817
Salinas, CA  93902-1817